UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>BIG SKY PARTNERS and MICHAEL B. SCHWAB<br><br>Applicants,<br><br>For an Order Issuing a Subpoena to Time Warner Cable, Inc. Pursuant to 17 U.S.C. § 512(h) | Case No.  15-mc-80206-JCS<br><br>**ORDER ISSUING A SUBPOENA TO TIME WARNER CABLE, INC. PURSUANT TO 17 U.S.C. § 512(h)**<br><br>Re: Dkt. No. 3 |

In this *ex parte* Application, Applicants Big Sky Partners and Michael B. Schwab seek an Order issuing a subpoena pursuant to 17 U.S.C. § 512(h) of the Digital Millennium Copyright Act to compel Time Warner Cable, Inc. ("Time Warner") to produce identifying subscriber information.  Good cause shown, the Court hereby GRANTS the Application and ORDERS that the subpoena attached to the Application be issued forthwith.  Time Warner shall produce the requested information no later than fourteen (14) days from the filing date of this Order.

**IT IS SO ORDERED.**

Dated:  October 22, 2015

JOSEPH C. SPERO
Chief Magistrate Judge